**FILED**

# UNITED STATES DISTRICT COURT

for the

2025 DEC 22 PM 3: 27

District of

US DISTRICT COURT
EASTERN DIST. TENN.

Division

)
)  Case No.  **3:25-CV-617**
)
**Brett Baker** )  *(to be filled in by the Clerk's Office)*
)
*Plaintiff(s)* )  **Vavian / McCook**
*(Write the full name of each plaintiff who is filing this complaint.* )
*If the names of all the plaintiffs cannot fit in the space above,* )  Jury Trial: *(check one)*  ☑ Yes  ☐ No
*please write "see attached" in the space and attach an additional* )
*page with the full list of names.)* )
-v- )
)
)
)
**Jeffery Williams, James Lewis** )
*Defendant(s)* )
*(Write the full name of each defendant who is being sued. If the* )
*names of all the defendants cannot fit in the space above, please* )
*write "see attached" in the space and attach an additional page* )
*with the full list of names. Do not include addresses here.)* )

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Non–Prisoner Complaint)

---

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

---

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name    Brett Allen Baker

Address    Post Office Box 9073

Knoxville     *City*     Tn *State*     37940 *Zip Code*

County    Knox

Telephone Number    (865) 438-0325

E-Mail Address    Brettbakerallen@gmail.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

Name    Jeffery Williams

Job or Title *(if known)*    1700 Winston Rd. Rm 121

Address    1700 Winston Rd. Rm 121

Knoxville     *City*     Tn *State*     37919 *Zip Code*

County    Knox

Telephone Number

E-Mail Address *(if known)*    iamadollyfan@gmail.com

☑ Individual capacity    ☐ Official capacity

**Defendant No. 2**

Name    James Lewis

Job or Title *(if known)*    Free Service Tire d Auto

Address    120 South Illinois Ave.

Oakridge     *City*     Tn *State*     37830 *Zip Code*

County    Anderson

Telephone Number    (865) 294-5195

E-Mail Address *(if known)*

☑ Individual capacity    ☐ Official capacity

**Defendant No. 3**

Name    Wynn's Premier Vehicle Service Contract Program

Job or Title *(if known)*    630

Address    6303 Blue lagoon Drive

Miami     *City*     Fl *State*     33126 *Zip Code*

County
Telephone Number
E-Mail Address *(if known)*

☑ Individual capacity     ☐ Official capacity

Defendant No. 4
   Name
   Job or Title *(if known)*
   Address

               *City*                *State*    *Zip Code*

   County
   Telephone Number
   E-Mail Address *(if known)*

☐ Individual capacity     ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

     ☐ Federal officials (a *Bivens* claim)

     ☐ State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## III.   Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.   Where did the events giving rise to your claim(s) occur?

warenty Co Said engine was covered, Mechanic Said worked with warentyCo before and even stated Sometimes pay Some then warenty Pays work done, warenty Co Said only cover repair not replacement. Mechanic Sends letter to finance Co Saying told me warenty Co would not pay. almost a year later not to Begin with. Being lied to in this way is extortion. charged me 450.00 to say can put in new

B.   What date and approximate time did the events giving rise to your claim(s) occur?

radiator for 1,000.00 – Knox location. Oakridge location charged 350.00 Big dif. in price. This is the truth. This is all a fact. I know I am right. The events of about a year others have povrperated are wrong. Teachers I have (all and any) were not useless and worthless. Charles Montgomery was not a Bozo or a Clown. his family was not either.

C.   What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

given "mirror phone" on 2 occasions Im aware of. One of the Mail halted & destroyed, two was witnessed by Social workers who con be subpened. Car as well family items Kept from on povrpose. Their M.O. is: controll, manipulate, provoke to destroy own stuff then lie. This is a fact. Two of four diodes missing from alternator. This is a fact and True. It is on record I took a flag from Jeff and walked around with it upside down and pointed to it and Said this is not my flag. My mail was halted & destroyed. riped in half in his vehicle glove Box. This is the truth. I cleared a table of dollar store glass ware to the floor, it was put a rainbow for christ this was a prop. upside down. This is a fact. This was on a porch teeple Shadow way.

Do not have civil right to tobacco. Death row inmates have more civil rights. It is a fed. mail is a right not privilege. I do not need a baby sitter. I am 43 yo Not

16. The King of Kings, of Kings told me I am a King. Jesus the Christ. I am to do what God tells me not another 5 finger being. Pork is pourposly fed to me yet they claim to be a friend. No man would not want to end their life. Most men would have already broke their jaw. I had no choice except to punch them in mouth. It is like it did not happen. I refuse to use the back of my hand on anybody. I do not believe the price would be understood. A mans wallet, replacement wallet, Zippo, family vehicle is never goes unmolested. Nothing of mine ever goes unmolested. It is a fact. Everything and anything about my body, any type aspect of my no life is fine and alright with no problem to rape and pillage as they have and continue to. I do not know for a fact what has been said Kyle had done is true. Prevented from court dates. If it was just work, ethics vidations have olcored. I have been allowed to be bait. No truth is ever disclosed. Kept enslaved. Kyle was told if it is just work, keep it work. There is not one soul who will do the right thing. This is a fact. It must be nice to be finished earning your life and with your real family. It was and is wrong to lie to me.

Case 3:25-cv-00617-TAV-JEM   Document 1   Filed 12/22/25   Page 5 of 12   PageID #: 5

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

feet have been infected and had to get antibiotiac. was pourposly prevented from going to another Dr. appointment I had scheduled. while I was giving directions to get there I was screamed at and told to give directions another way. Pourposly prevented from other Dr. appointments.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

a fact. Mail is a right not a privlage. It is I want my civil rights and my life not just sight. I dont think I would even trust the vehicle if I got it back because almost everyone involved with it has lied. I do not wish to continue to be extorted over the vehicle. Having desk from sketchy Hotel knock on the door every day to coaroses me to put money on my credit card. 450.00 I would not trust anyones child of any age in this car. Told verbally borrowed money from a friend but paid back. I would rather just be laughed at to my face. Hotel desk asked me if I was going to pay when they know room not in my name I am told to get out. when I would be better off sleeping in a ditch and I have. I do not believe it would be alright if they were done the same way that is done to me. Demands respect as an elder, but encourages negitive. negitave is not discouraged. Enslaved/human trafficed and finically exploited. Talk about nothing is all that goes on all day.                                    Take civil rights then lay negrtave things out. Pour

Page 5 of 6

monogominizes relation ship or what God provides as well tells to do is not encouraged. Situations that support what the creators Son Yeshua tells me to do is not supported or encouraged. Being ok, with a woman staying in a bad situation is not a problem. When a woman in a what sounds like bad living situation is ready to pack and leave, my car being with held and being extorted over it is not an issue. Not having civil rights to the point of wanting to end my own life every day is alright. having to walk everywhere when I made a car payment and pay extortion is not an issue and is alright, conflict of intrest because kyle did not sleep with him is never mentioned. I am not sure who they really are in their parsonal life and do not care to. It does not seem to bother anyone that my klothes, or anything else can not be kept. I do not
personal items

believe Jeff can be happy for me or wants me to have my own things with a future family. There is not eidence of this anywhere in my points of preception. I do not like to be bought clothes or given them from anyone except who God provided to do that. There is not a lot of stated facts that I can believe to say are true from Jeff from my point of prespective. I believe they just want to set me up for something and call the police. I believe they are needing a "fall boy". Green clay was at steeple shadow way after Jeffs associate failed to do an easy drug transaction because they were nervous I had my VFD on. Jeffs vehicle was surended by white vehicles tinted completly in a circle that day outside a home of a Drug house had fence made from pallets. I do not know why the cars on steeple shadow were related to Jeff. I know I am right.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

_____

B. What date and approximate time did the events giving rise to your claim(s) occur?

_____

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

_____

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

**A.** **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _December 22, 2025_

Signature of Plaintiff _Brett Allen Baker_
Printed Name of Plaintiff _Brett Allen Baker_

**B.** **For Attorneys**

Date of signing: _____

Signature of Attorney _____
Printed Name of Attorney _____
Bar Number _____
Name of Law Firm _____
Address _____

City _____ State _____ Zip Code _____

Telephone Number _____
E-mail Address _____

# UNITED STATES DISTRICT COURT
## for the

FILED

2025 DEC 22 PM 3: 27

US DISTRICT COURT
EASTERN DIST. TENN.

Brett Baker
_____ )
_Plaintiff/Petitioner_ )
v. )  Civil Action No. 3:25-CV-617
Jeffery Williams, James Lewis, )
_____ )
_Defendant/Respondent_ )

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a plaintiff or petitioner in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: _____ .
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name. I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are: $ _____ , and my take-home pay or wages are: $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☑ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☑ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☑ No |
| (d) Disability, or worker's compensation payments | ☑ Yes | ☐ No |
| (e) Gifts, or inheritances | ☐ Yes | ☑ No |
| (f) Any other sources | ☐ Yes | ☑ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

US Treasury direct deposit 3rd of every month. 1,110.00

4. Amount of money that I have in cash or in a checking or savings account: $ 10.00

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

merrich bank credit card 500.00
Credit One credit Card 350.00
Elain Credit Card 300.00
Avant Credit Card 300.00

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

Kyle Henson 35.00 month.

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

Free Service Tire and Auto 5,000.00

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: December 22, 2025

_____
Applicant's signature

Brett A. Baker
_____
Printed name