BRETT ALLEN BAKER,                )
                                  )
          Plaintiff,              )
                                  )
v.                                )          No.:   3:25-CV-617-TAV-DCP
                                  )
JEFFERY WILLIAMS, *et al.*,       )
                                  )
          Defendants.             )

## ORDER

This civil matter is before the Court on a Report and Recommendation ("R&R") entered by United States Magistrate Judge Debra C. Poplin on July 14, 2026 [Doc. 13]. In the R&R, Judge Poplin granted plaintiff's Application to Proceed in District Court without Prepaying Fees or Costs [*Id.* at 1–2; *see* Doc. 9]. However, after screening the complaint, Judge Poplin recommended that the Court dismiss plaintiff's complaint [Doc. 13, pp. 4–5]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 6(d), 72(b).

After a careful review of the matter, the Court agrees with the magistrate judge's recommendations. Therefore, the Court **ACCEPTS** and **ADOPTS** the R&R in whole [Doc. 13]. Accordingly, it is hereby **ORDERED** that plaintiff's case is **DISMISSED**. The Clerk of Court is **DIRECTED** to **CLOSE** this case. A separate judgment order will follow.

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE